IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

WILLIAM NORKUNAS            )
                            )    No. 3-11-0284
v.                          )
                            )
SHRI HARI HOSPITALITY, LLC  )

O R D E R

The plaintiff's motion for continuance of initial case management conference (Docket Entry No. 22) is GRANTED.

The initial case management conference, rescheduled by order entered April 29, 2011 (Docket Entry No. 16), to June 7, 2011, is again RESCHEDULED to **Thursday, July 7, 2011, at 2:00 p.m.,** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, TN.

As provided in the orders entered April 6, 2011, and April 29, 2011 (Docket Entry Nos. 9 and 16), the stay of discovery, pursuant to Rule 26(d) of the Federal Rules of Civil Procedure, is lifted.

Prior to the initial case management conference, counsel for the parties shall meet and confer pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, and shall, to the extent possible, exchange initial disclosures pursuant to Rule 26(a)(1).

Prior to the initial case management conference, counsel for the parties shall also confer and shall prepare a proposed, joint initial case management order, including the parties' respective theories of the case, issues resolved and in dispute, proposed scheduling for the progression of the case, and any other relevant matters provided in Local Rule 16.01(d)(1)(c) and 16.01(d)(2). If the parties anticipate discovery of electronically stored information, they shall include in the proposed initial case management order the methodology for such discovery. See Administrative Order No. 174, entered July 9, 2007. If the parties anticipate little, if any, electronic discovery and they believe

it is not necessary to be governed by Administrative Order No. 174, they shall so provide in the proposed initial case management order.

Counsel shall e-file the proposed order prior to the initial case management conference.

All counsel appearing at the initial case management conference shall bring with them their calendars and be cognizant of the calendars of any attorneys not appearing at the initial case management conference whose schedules are relevant to the scheduling in this case.

Plaintiff's counsel shall serve a copy of this order on the defendant or its attorney and shall otherwise ensure that the defendant is aware of the rescheduled initial case management conference.

In addition, the Clerk is directed to mail a copy of this order to the defendant c/o its registered agent, Holiday Inn Express, 165 Chaffin Place, Murfreesboro, TN 37129, by regular, first class mail and by certified mail.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge