IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

WILLIAM NORKUNAS )
) No. 3-11-0284
v. )
)
SHRI HARI HOSPITALITY, LLC )

O R D E R

Because of a scheduling conflict in a related case, the initial case management conference, rescheduled by order entered June 13, 2011 (Docket Entry No. 28), to July 7, 2011, is again RESCHEDULED to **Tuesday, July 19, 2011, at 2:00 p.m.,** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, TN.

If this rescheduled date presents scheduling conflicts for counsel, they shall confer and call Ms. Jeanne Cox, Courtroom Deputy, at 726-5164, to reschedule. Since plaintiff's counsel has expressed a desire to schedule the three related cases for initial case management conferences on the same day, counsel shall also confer with counsel for the defendants in the other two related cases.

The parties are referred to the order entered June 13, 2011 (Docket Entry No. 28) for their obligations prior to the initial case management conference.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge