IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

WILLIAM NORKUNAS )
) No. 3-11-0284
v. )
)
PLATINUM GATEWAY II, LLC )

O R D E R

By order entered August 9, 2011 (Docket Entry No. 37), a telephone conference call was scheduled on August 31, 2011, but counsel called the Court on August 30, 2011, at which time the following matters were addressed:

1. Defendant's counsel advised that he had located the architect in Atlanta, but had not yet spoken to him. Defendant's counsel hopes to be able to establish contact with him in the near future to determine whether he has maintained his plans of the property at issue, whether he believes that there are any ADA violations and, if so, if he assumes responsibility for them, or if the defendant will have to depose him and/or name him as a third-party defendant.

2. Plaintiff's counsel advised that he would like to schedule an inspection of the property within the next 30 days.

3. The October 21, 2011, deadline for filing any motions to add parties is extended to December 21, 2011.

In all other respects, the orders entered August 9, 2011 (Docket Entry Nos. 36-37) remain in full force and effect.

4. Counsel for the parties shall convene another telephone conference call with the Court on **Thursday, September 22, 2011, at 2:00 p.m., central time,** to be initiated by defendant's counsel, to address whether defendant's counsel has been able to communicate with the architect and, if so, what role the architect will have in this case, if any, whether the inspection of the property

has been scheduled or completed, the potential for settlement, propriety of ADR, and any other appropriate matters.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge